IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.

UNITED STATES OF AMERICA,

  Plaintiff,

v.

1. 2016 JEEP GRAND CHEROKEE, VIN: 1C4RJECGXGC313690,

  Defendant.
_____

**WARRANT FOR ARREST OF PROPERTY *IN REM***
_____

TO: UNITED STATES MARSHALS SERVICE AND/OR ANY OTHER DULY AUTHORIZED LAW ENFORCEMENT OFFICER:

 PURSUANT to the *Order for Warrant for Arrest of Property In Rem* issued by this Court, YOU ARE HEREBY COMMANDED TO ARREST AND SEIZE as soon as practicable, the following defendant asset described in the *Verified Complaint for Forfeiture In Rem,* filed herewith, and to use whatever means may be appropriate to protect and maintain it in your custody until further order of this Court:

 a. 2016 Jeep Grand Cherokee, VIN: 1C4RJECGXGC313690.

 DATED this ___ day of _____2024.

          JEFFREY P. COLWELL
          Clerk of the U.S. District Court

        By: _____
          Deputy Clerk